# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keyes, Jeffrey J. | U.S. District Court; District of Minnesota | 05/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge -- Full-time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
316 North Robert Street
St. Paul, MN 55101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | University of Minnesota -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Savings Account (1) | A | Interest | | | Closed | 01/06/14 | J | A | |
| 2. US Bank Savings Account (2) | A | Interest | K | T | | | | | |
| 3. US Bank Checking Account | | None | J | T | | | | | |
| 4. Signature Bank Money Market Account | B | Interest | J | T | | | | | |
| 5. Signature Bank Checking Account | A | Interest | K | T | | | | | |
| 6. IBM Corp Com | A | Dividend | J | T | | | | | |
| 7. Jensen Quality Growth Fund Class | D | Dividend | M | T | Buy (add'l) | 05/22/14 | M | | |
| 8. Jensen Quality Growth Fund Class | | None | | | Sold (part) | 12/19/14 | M | D | |
| 9. SCHWAB ADV CASH RESERVE | A | Interest | M | T | | | | | |
| 10. LOOMIS SAYLES BOND FUND | E | Dividend | M | T | Buy (add'l) | 03/10/14 | K | | |
| 11. LOOMIS SAYLES BOND FUND | | None | | | Sold (part) | 04/15/14 | M | D | |
| 12. PIMCO TOTAL RETURN FUND | B | Dividend | | | Sold | 07/11/14 | M | A | |
| 13. SCHWAB FUNDAMENTAL US SMALL MID | D | Dividend | M | T | Buy (add'l) | 03/10/14 | M | | |
| 14. SCHWAB FUNDAMENTAL US SMALL MID | | None | | | Sold (part) | 12/19/14 | K | D | |
| 15. WISDOMTREE EMERGING MKT | D | Dividend | M | T | Buy (add'l) | 01/14/14 | L | | |
| 16. WISDOMTREE EMERGING MKT | | None | | | Sold (part) | 05/01/14 | K | A | |
| 17. BAIRD MID CAP FUND INST | A | Dividend | L | T | Sold (part) | 12/12/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES RUSSELL MIDCAP | A | Dividend | L | T | | | | | |
| 19. ISHARES TR RUSSELL 1000 | A | Dividend | L | T | Buy (add'l) | 12/19/14 | K | | |
| 20. ISHARES TR RUSSELL 1000 | | None | | | Sold (part) | 12/19/14 | K | D | |
| 21. ISHARES TRUST S&P 500 | B | Dividend | M | T | Buy (add'l) | 12/19/14 | K | | |
| 22. ISHARES TRUST S&P 500 | | None | | | Sold (part) | 12/19/14 | K | D | |
| 23. ISCHARES TR RUSSELL 2000 ETF | B | Dividend | M | T | Buy (add'l) | 06/02/14 | K | | |
| 24. ISCHARES TR RUSSELL 2000 ETF | | None | | | Sold (part) | 01/14/14 | J | C | |
| 25. ISHARES MSCI EMU ETF | A | Dividend | L | T | Buy | 10/24/14 | L | | |
| 26. BLACKROCK NATIONAL MUNI | D | Dividend | M | T | Buy (add'l) | 03/10/14 | M | | |
| 27. BLACKROCK STRAT INCM | B | Dividend | L | T | Buy | 07/11/14 | L | | |
| 28. NEUBERGER BERMAN CORE BOND FUND | B | Dividend | K | T | | | | | |
| 29. JP MORGAN STRATEGIC INCOME | B | Dividend | L | T | Sold (part) | 10/24/14 | L | B | |
| 30. ABERDEEN TOTAL RETURN BOND FUND | D | Dividend | M | T | Sold (part) | 06/02/14 | J | A | |
| 31. ARTISAN INTL SMALL CAP | C | Dividend | L | T | Buy (add'l) | 10/24/14 | J | | |
| 32. ARTISAN INTL SMALL CAP | | None | | | Sold (part) | 06/02/14 | J | B | |
| 33. THIRD AVENUE SMALL CAP | A | Dividend | | | Sold | 03/10/14 | M | E | |
| 34. GOODHAVEN FUND | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T ROWE PRICE EUROPEAN FUND | B | Dividend | M | T | Buy (add'l) | 10/24/14 | K | | |
| 36. T ROWE PRICE EUROPEAN FUND | | None | | | Sold (part) | 06/02/14 | J | A | |
| 37. AQR DIVERSIFIED | B | Dividend | M | T | Sold (part) | 06/02/14 | L | A | |
| 38. FIRST EAGLE OVERSCEAS FUND | D | Dividend | M | T | Buy (add'l) | 10/24/14 | J | | |
| 39. FIRST EAGLE OVERSCEAS FUND | | None | | | Sold (part) | 06/02/14 | J | B | |
| 40. IVA INTL FUND CK I | D | Dividend | M | T | Buy (add'l) | 10/24/14 | J | | |
| 41. IVA INTL FUND CK I | | None | | | Sold (part) | 06/02/14 | L | D | |
| 42. OAKMARK SELECT FUND | E | Dividend | M | T | Sold (part) | 06/02/14 | K | D | |
| 43. CENTURY SMALL CAP | E | Dividend | L | T | Buy (add'l) | 06/02/14 | J | | |
| 44. CENTURY SMALL CAP | | None | | | Sold (part) | 03/10/14 | K | C | |
| 45. MATTHEWS ASIAN GROWTH & INCOME FUND | C | Dividend | L | T | Buy | 07/11/14 | L | | |
| 46. MATTHEWS ASIAN GROWTH & INCOME FUND | | None | | | Sold (part) | 12/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Keyes, Jeffrey J. | 05/10/2015 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey J. Keyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544